## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,      :
                               :
     v.                           :
                               :
TRACY LAMAR CLARK,             :     CRIMINAL ACTION NO.
                               :     2:13-CR-00008-RWS
     Defendant.               :
                               :
                               :

### ORDER

This case is before the Court for consideration of the Report and

Recommendation [30] of Magistrate Judge J. Clay Fuller. After reviewing the

Report and Recommendation, it is received with approval and adopted as the

Opinion and Order of this Court.  Accordingly, Defendant's Motions to

Suppress Evidence and Statements [16 and 17] are **DENIED**.

**SO ORDERED** this _ 25th _ day of November, 2013.


**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)